UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-01975-HDV-AYP | Date | February 25, 2026 |
|---|---|---|---|
| Title | *Humberto Sanchez Arcos v. Fereti Semaia et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER [2] AND SETTING BRIEFING SCHEDULE RE PRELIMINARY INJUNCTION**

Petitioner Humberto Sanchez Arcos filed a Petition for Writ of Habeas Corpus on February 24, 2026 ("Petition"). [Dkt. 1]. On the same day, Petitioner filed an ex parte Motion for Temporary Restraining Order and Preliminary Injunction to release Petitioner from detention and enjoin Respondents from re-detaining him absent the opportunity to contest the re-detention at a hearing before a neutral decision maker ("Motion"). [Dkt. 2] at 12.

Upon initial review, the Court finds that the Motion presents at least some of the same issues as *Helal v. Janecka et al.*, No. 5:25-cv-02650-HDV-JC (C.D. Cal. Oct. 24, 2025) [Dkt. 12] and *Maldonado Bautista et al. v. Santacruz et al.*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Dec. 18, 2025) [Dkt. 93]. The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.

The Court therefore grants the Motion in part. Respondents are ***enjoined from transferring, relocating, or removing*** Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending further order of the Court.

   The Court sets the matter for **hearing on March 13, 2026 at 1:00 p.m.** as to whether a preliminary injunction should issue.  The Motion will be considered the opening brief on that issue.  Respondents' opposition is due by **March 3, 2026**, and Petitioner's reply is due by **March 6, 2026**.  The parties' briefs should address the ways in which this case is similar to or distinguishable from the analysis in *Helal* and *Maldonado Bautista*.  The parties are permitted to submit additional declarations or other evidence as necessary.

   Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, and to place a copy of this Order in the Petitioner's A-File.

   **IT IS SO ORDERED.**